IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Zaboura, Christina N

Printed: 2/5/08

Case Number: 05 B 55757
Judge: Wedoff, Eugene R
Filed: 10/14/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: November 7, 2007
Confirmed: January 12, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 11,702.00 |  |
| Secured: |  | 3,587.93 |
| Unsecured: |  | 5,470.45 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,394.00 |
| Trustee Fee: |  | 573.57 |
| Other Funds: |  | 676.05 |
| Totals: | 11,702.00 | 11,702.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Grochocinski & Grochocinski | Administrative | 1,394.00 | 1,394.00 |
| 2. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 3. | Land Rover Financial Services | Secured | 0.00 | 0.00 |
| 4. | Wells Fargo Fin Acceptance | Secured | 3,587.93 | 3,587.93 |
| 5. | RoundUp Funding LLC | Unsecured | 3,524.74 | 1,576.41 |
| 6. | World Financial Network Nat'l | Unsecured | 29.27 | 0.00 |
| 7. | Monterey Financial Services | Unsecured | 197.82 | 88.47 |
| 8. | Specialized Management Consultants | Unsecured | 200.12 | 89.53 |
| 9. | Illinois Student Assistance Commission | Unsecured | 1,026.46 | 459.07 |
| 10. | Resurgent Capital Services | Unsecured | 214.81 | 96.08 |
| 11. | Marshall Field & Company | Unsecured | 396.31 | 177.24 |
| 12. | Wells Fargo Fin Acceptance | Unsecured | 56.37 | 19.13 |
| 13. | Resurgent Capital Services | Unsecured | 4,221.40 | 1,887.93 |
| 14. | World Financial Network Nat'l | Unsecured | 101.51 | 39.92 |
| 15. | ECast Settlement Corp | Unsecured | 321.23 | 143.66 |
| 16. | ECast Settlement Corp | Unsecured | 223.23 | 99.83 |
| 17. | ECast Settlement Corp | Unsecured | 282.63 | 126.42 |
| 18. | ECast Settlement Corp | Unsecured | 803.04 | 359.17 |
| 19. | Resurgent Capital Services | Unsecured | 687.73 | 307.59 |
| 20. | Charter One Bank | Unsecured |  | No Claim Filed |
| 21. | Dominicks | Unsecured |  | No Claim Filed |
| 22. | Home Depot | Unsecured |  | No Claim Filed |
| 23. | LaSalle Bank NA | Unsecured |  | No Claim Filed |
| 24. | Sears Consumer Finance | Unsecured |  | No Claim Filed |

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Zaboura, Christina N

Printed:  2/5/08

Case Number:  05 B 55757
Judge:  Wedoff, Eugene R
Filed:  10/14/05

$ 17,268.60         $ 10,452.38

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 194.26 |
| 5% | 51.00 |
| 4.8% | 170.40 |
| 5.4% | 157.91 |

$ 573.57

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

